UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TONG MOUA,                        | ORDER ON APPLICATION          |
|                                   | TO PROCEED WITHOUT            |
| Plaintiff,                        | PREPAYMENT OF FEES            |
|                                   |                               |
| V.                                |                               |
|                                   |                               |
| COMMISSIONER OF SOCIAL SECURITY,  | CASE NUMBER: 1:15-cv-00970 GSA |
|                                   |                               |
| Defendant.                        |                               |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X]  GRANTED

[X]  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ]  DENIED, for the following reasons:

ENTERED: June 29, 2015

/s/ Gary S. Austin
United States Magistrate Judge Gary S. Austin