Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
TONG MOUA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONG MOUA | ) Case No.: 1:15-cv-00970-EPG |
| Plaintiff, | ) |
| v. | ) STIPULATION TO EXTEND TIME<br>) TO FILE PLAINTIFF'S OPENING<br>) BRIEF; ORDER |
| CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security. | ) |
| | ) (FIRST REQUEST) |
| Defendant. | ) |
| | ) |

-1-

1  Plaintiff Tong Moua and Defendant Carolyn W. Colvin, Acting
2 Commissioner of Social Security, through their undersigned attorneys, stipulate,
3 subject to this court's approval, to extend the time by 30 days from February 16,
4 2016 to March 17, 2016 for Plaintiff to file a opening brief, with all other dates in
5 the Court's Order Concerning Review Of Social Security Cases extended
6 accordingly. This is Plaintiff's first request for an extension. This request is made at
7 the request of Plaintiff's counsel to allow additional time to fully research the
8 issues presented.

9 DATE: February 15, 2016                    Respectfully submitted,
10                                            LAWRENCE D. ROHLFING
11                                            /s/ *Vijay J. Patel*
                              BY: _____
12                                            Vijay J. Patel
                                              Attorney for plaintiff Mr. Tong Moua
13

14
   DATE:  February 15, 2016
15

16
                                  BENJAMIN B. WAGNER
17                                UNITED STATES ATTORNEY

18
                                   /s/ *Carolyn B. Chen*
19                           BY: _____
                                   Carolyn B. Chen
20                                 Special Assistant United States Attorney
                                   Attorneys for defendant Carolyn W. Colvin
21                                 |*authorized by e-mail|

22

23

24

25

26

**Order**

Based on the above stipulation, Plaintiff may have an extension of time to file his Opening Brief. Plaintiff's Opening Brief shall be filed no later than March 17, 2016. Defendant shall file her Opposition Brief no later than April 18, 2016. Any reply by Plaintiff may be filed no later than May 3, 2016.

IT IS SO ORDERED.

Dated:  **February 17, 2016**          /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE