# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONG MOUA | ) Case No.: 1:15-cv-00970-EPG |
| Plaintiff, | ) |
| v. | ) ORDER EXTENDING TIME FOR |
| | ) DEFENDANT TO FILE HER |
| CAROLYN W. COLVIN, Acting | ) OPPOSITION BRIEF |
| Commissioner of Social Security. | ) |
| | ) (ECF No. 17) |
| Defendant. | ) |
| | ) |

Based on the stipulation between the parties (ECF No. 17), Defendant may have an extension of time to file her Opposition Brief. Defendant's Opposition Brief shall be filed no later than April 27, 2016. Any reply by Plaintiff may be filed no later than May 12, 2016.

IT IS SO ORDERED.

Dated: **March 23, 2016**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

-1-